UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLARD M. RODGERS,** <br><br>    Plaintiff, <br><br> vs. <br><br> **FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,** <br><br>    Defendants. | Case No.: **2:18-cv-00987-AB-PD** <br><br> **[~~PROPOSED~~] ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES** <br><br> Honorable Judge Andre Birotte Jr. |

    Plaintiff WILLARD M. RODGERS ("**Plaintiff**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

    **THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $2,127.16 to Plaintiff and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

-2-

(2) That Defendant shall pay the sum of $2,127.16 to Plaintiff within 60 days of execution of this Stipulation by all counsel unless matters outside of the control of Defendant cause delay.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 8, 2025

_____
JUDGE OF THE UNITED STATES DISTRICT COURT